Pro Se 1 2016

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Clarence D Johnson Jr
Nehemiah Henting  Covid 19
Dex yp Joseph A  CDC Crimes
        Walsh
Plaintiff(s),

v.

Covid 19 CPC Crimes
Amazon Larry Page
Chrisslist owners mark Zuckleberg
Biden Trump Obama, Face Book
Overbeth Administration owners
all United nations
Defendant(s).

CASE NO. 2:21-cv-00496 RSM
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes ☐ No

_____ FILED
_____ LODGED      MAIL
_____ RECEIVED

APR 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name              Amazon JeffBezos
Street Address    
City and County   California
State and Zip Code
Telephone Number  Contact Cochran Law firm 1-800-843-3416

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

- Name: LARRY PAGE (google) OWNER
- Job or Title (if known):
- Street Address:
- City and County: California
- State and Zip Code: Contact Cochran law firm
- Telephone Number: 1-800-843-3476

Defendant No. 2

- Name: MARK ZUCKLEBERG
- Job or Title (if known): OWNER
- Street Address: California
- City and County:
- State and Zip Code: 1-800-843-3476
- Telephone Number: Contact cochran law firm

Defendant No. 3

- Name: City of Chicago
- Job or Title (if known): DRAFT Kings
- Street Address: Sports APPS
- City and County: FCC Crimes
- State and Zip Code: Home Invasions
- Telephone Number: Contact Cochran Law firm 1-800-843-3476

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  Defendant No. 4

2  Name _CEO Joseph A Walsh_
   Job or Title *(if known)*
3  Street Address _Dex YP. ADVERTising_
4  City and County
5  State and Zip Code _Grapevine Texas_
   Telephone Number _815-399-2482_
6

7

8  **II.    BASIS FOR JURISDICTION**

9  Federal courts are courts of limited jurisdiction (limited power). Generally, only two

10 types of cases can be heard in federal court: cases involving a federal question and cases

11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under

12 the United States Constitution or federal laws or treaties is a federal question case. Under 28

13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of

15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16 What is the basis for federal court jurisdiction? *(check all that apply)*

17 ☒ Federal question        ☐ Diversity of citizenship

18 Fill out the paragraphs in this section that apply to this case.

19 A.  If the Basis for Jurisdiction Is a Federal Question

20 List the specific federal statutes, federal treaties, and/or provisions of the United States

21 Constitution that are at issue in this case.

22 _International law, federal law_

23 _____

24 _____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) __Biden Obama, Trump__, is incorporated under the laws of the State of (*name*) __Queen Elizabeth__, is incorporated under the laws of the State of (*name*) __United nations__, and has its principal place of business in the State of (*name*) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) __Jeff Bezos) Amazon__, is a citizen of the State of (*name*) __Contact Cochran law__. Or is a citizen of (*foreign nation*) __firm- 1-800-843-3476__.

        b.  If the defendant is a corporation.

The defendant, (*name*) __Craigslist ounca__, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) __Contact cochran/law firm__

Or is incorporated under the laws of (*foreign nation*) __1-800-843-3476__ and has its principal place of business in (*name*) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

    3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

International / federal

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Prisoner Property Seizure
Contact Cochran Law Firm
1-800-843-3476

### IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Prisoner Property Seizure
Contact Cochran Law Firm
1-800-843-3476

### V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 identified, will likely have evidentiary support after a reasonable opportunity for further
5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 Rule 11.

7      I agree to provide the Clerk's Office with any changes to my address where case-related
8 papers may be served. I understand that my failure to keep a current address on file with the
9 Clerk's Office may result in the dismissal of my case.

10 Date of signing: 4/8/2021
11 Signature of Plaintiff: *[signature]*
12 Printed Name of Plaintiff: Clarence P Johnson Jr

14 Date of signing:
15 Signature of Plaintiff:
16 Printed Name of Plaintiff:

18 Date of signing:
19 Signature of Plaintiff:
20 Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6

C. Johnso
3150 N. Marshon #9
Chicago Il
60657

FILED
LODGED
RECEIVED

MAIL

APR 13 2021

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

9810134039 0022

United States District
Court    Suite 2310
700 Stewart WA 98101
Seattle Washington

